UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRIS WALTERS,<br><br>                    Plaintiff,<br><br>      v.<br><br>UNION GOSPEL MISSION,<br><br>                    Defendant. | NO:  12-CV-0674-TOR<br><br>ORDER OF DISMISSAL<br>WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff's "Motion to Withdraw Complaint Based on Medical Issues" (ECF No. 7).  The Court construes this filing as a notice of voluntary dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Because Defendant has neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

//

//

//

ORDER OF DISMISSAL ~ 1

**IT IS HEREBY ORDERED**:

All claims and causes of action in this matter are **DISMISSED** without prejudice.

The District Court Executive is hereby directed to enter this Order, furnish a copy to the Plaintiff, and **CLOSE** the file.

**DATED** this 9th day of January, 2013.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2