1

2

3

4

5                    UNITED STATES DISTRICT COURT

6              EASTERN DISTRICT OF WASHINGTON

7   CHRIS WALTERS,

8                          Plaintiff,        NO:  12-CV-0674-TOR

9        v.                                  ORDER DENYING MOTION

10  UNION GOSPEL MISSION,

11                         Defendant.

12       BEFORE THE COURT is Plaintiff's "Motion for Reconsideration Based on

13  3rd Party Joinder Washington DSHS Pursuant to Title 18 USC 1331 The Federal

14  Question."  ECF No. 10.

15       On January 9, 2013, the Court granted Plaintiff's "Motion to Withdraw

16  Complaint Based on Medical Issues," construed as a notice of voluntary dismissal

17  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  The case file was

18  subsequently closed.  In light of the fact that this lawsuit was voluntarily

19  dismissed, the motion presently before the Court is denied as moot.

20

ORDER DENYING MOTION ~ 1

This case was dismissed without prejudice.  Therefore, Plaintiff is free to litigate this matter in a subsequent action should he chose to do so.  The Court declines to reopen this closed matter and cautions Plaintiff that no further motions should be filed in this case.

**IT IS HEREBY ORDERED**:

    1.  Plaintiff's Motion for Reconsideration Based on 3rd Party Joinder Washington DSHS Pursuant to Title 18 USC 1331 <u>The Federal Question</u>, ECF No. 10, is **DENIED**.

    2.  The District Court Executive is directed not to accept for filing any further pleadings in this closed case.

The District Court Executive is hereby directed to enter this Order and furnish a copy to the Plaintiff at his last known address.

**DATED** March 11, 2013.



THOMAS O. RICE
United States District Judge

ORDER DENYING MOTION ~ 2